[No. 28133-3-II.   Division Two.   April 15, 2003.]

ROBERT FREE, *Individually and as Personal Representative, Appellant*, v. GENERAL MOTORS CORPORATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00472-6, Daniel J. Berschauer, J., entered November 30, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28217-8-II.   Division Two.   April 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY MELVIN LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02651-0, Kitty-Ann van Doorninck, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28756-1-II.   Division Two.   April 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN LEROY THORNTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04913-7, John A. McCarthy, J., entered April 23, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 28921-1-II.   Division Two.   April 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MINDY S. WHINERY, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00081-9, Toni A. Sheldon, J., entered May 23, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.